# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT KELLY, JR.

NO. 2020 KW 0032

**MAY 1 2 2020**

---

In Re: Wilbert Kelly, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 07-WFLN-177.

---

**BEFORE: GUIDRY, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED AS MOOT.** The record of the West Feliciana Parish Clerk of Court's Office reflects the district court denied relator's "Motion to <u>vacate</u> illegal and/or invalid <u>sentences</u> of Forty Years for two convictions of Manslaughter due to the lack of elements not being established," on October 24, 2019.

> JMG
> JEW
> GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT